```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

GERALD A. ZIELINSKI,            )
                                )   Civil Action
            Plaintiff           )   No. 11-cv-05053
                                )
      v.                        )
                                )
WHITEHALL MANOR, INC.,          )
                                )
            Defendant           )

<u>O R D E R</u>

NOW, this 28th day of September, 2012, upon consideration of the following documents:

(1) Partial Motion to Dismiss Counts III and IV of Plaintiff's Amended Complaint Against Defendant Whitehall Manor, Inc., which motion was filed on December 13, 2011, together with;

    (A) Memorandum of Law of Defendant, Whitehall Manor, Inc., in Support of its Partial Motion to Dismiss Counts III and IV of Plaintiff's Amended Complaint;

(2) Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss, which brief was filed on January 5, 2012; and

(3) Plaintiff's Amended Complaint, filed December 7, 2011;

and for the reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that the Partial Motion to Dismiss Counts III and IV of Plaintiff's Amended Complaint Against Defendant Whitehall Manor, Inc. is denied.

BY THE COURT:


<u>/s/ JAMES KNOLL GARDNER</u>
James Knoll Gardner
United States District Judge